IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| BIRDELLA RAHHAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-10-1219-HE |
| | ) | |
| U.S. POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff, appearing *pro se*, filed a complaint apparently alleging a Title VII violation.[1] She filed a motion to proceed in this action *in forma pauperis*, without prepayment of the filing fees. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to Magistrate Judge Doyle Argo for initial proceedings, who recommends plaintiff's motion be denied and she be ordered to prepay the full $350 filing fee for this action to proceed.

Plaintiff, having failed to object to the Report and Recommendation, waived her right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996). Accordingly, the court **ADOPTS** the Report and Recommendation. Plaintiff's motion to proceed *in forma pauperis* [Doc. #4] is **DENIED**. Absent payment of the full filing fee within **twenty (20) days** of this order, this case will be dismissed.

---

[1] *It is unclear from plaintiff's actual complaint, but she seems to allege, in addition to a Title VII violation, claims for personal injury, medical malpractice, truth-in-lending violation(s), prison conditions, and freedom of information act violation(s). [Doc. #1-2].*

**IT IS SO ORDERED**.

Dated this 6 day of January, 2011.

JOE HEATON
UNITED STATES DISTRICT JUDGE